# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jordan R. Pearce,<br>Albert C. Pearce,<br>　　　　　　　　　*Debtor*s. | Case No. 24-14494-amc<br>Chapter 7 |

## Motion to Extend Time to File Reaffirmation Agreement

Debtors Jordan R. Pearce and Albert C. Pearce, through their attorney, move this Court as follows:

1. The Debtors filed a voluntary petition for relief under chapter 7 on December 17, 2024.

2. The deadline to file a reaffirmation agreement under Fed. R. Bankr. P. 4008(a) is March 14, 2025.

3. The Debtors have been in discussions with University Federal Credit Union regarding the terms of a reaffirmation agreement concerning a 2018 Mazda CX5.

4. Additional time is needed to finalize the agreement.

5. Extending the deadline to file the reaffirmation agreement will not prejudice any party and will serve the interests of justice by allowing the Debtors the opportunity to retain necessary property under mutually agreed-upon terms.

6. The Debtors respectfully request an extension until April 14, 2025, to file a reaffirmation agreement.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtors' favor if necessary and proper under the law.

2

Date: February 20, 2025				SADEK LAW OFFICES, LLC
						*Attorney for Debtors*

						By: /s/ Brad J. Sadek
						   Brad J. Sadek
						   1500 JFK Boulevard, Suite 220
						   Philadelphia, PA 19102
						   215-545-0008
						   brad@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: February 20, 2025				/s/ Brad J. Sadek
						Brad J. Sadek