# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jordan R. Pearce,<br>Albert C. Pearce,<br>　　　　　　　　　*Debtor*s. | Case No. 24-14494-amc<br>Chapter 7 |

**Order Granting Motion to Extend Time to File Reaffirmation Agreement**

     **AND NOW**, after consideration of the Motion to Extend Time to File Reaffirmation Agreement filed by Debtors Jordan R. Pearce and Albert C. Pearce, with proper service, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline for the Debtors to file a reaffirmation agreement under 11 U.S.C. § 524 and Fed. R. Bankr. P. 4008(a) is extended to **April 14, 2025**.


Date: _____

                                                Ashely M. Chan
                                                Chief U.S. Bankruptcy Judge